UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. BOLIN,<br><br>    Petitioner,<br><br>  v.<br><br>RACHEL NEWCOMB, et al.,<br><br>    Respondents. | No. 2:24-cv-01534-EFB (HC)<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

  Petitioner is a state prisoner proceeding pro se. He filed this action on May 31, 2024 with the caption: "Petitioner's request/demand for issue of show cause order pursuant to Penal Code § 1473." ECF No. 1. Petitioner paid the $5 fee for the filing of a petition for writ of habeas corpus, and the case was classified by the court clerk as a habeas petition under 28 U.S.C. § 2254.

  Petitioner has filed two motions to clarify that he seeks a show cause order under California Penal Code § 1473 and not a writ of habeas corpus. ECF Nos. 4, 5. But petitioner does not present a basis for this court to exercise jurisdiction over the case. Section 1473 is a California statute concerning state habeas petitions. This state statute cannot and does not confer jurisdiction on this federal court. *See Quintero v. Pfeiffer*, No. CV 21-3782-MWF(E), 2021 U.S. Dist. LEXIS 249565, at *19 (C.D. Cal. Dec. 3, 2021) (state prisoner's claim that he was entitled

1

1  to resentencing under § 1473 was not cognizable by federal court).

2  Accordingly, IT IS HEREBY ORDERED that the Clerk of Court randomly assign a
3  district judge to this action.  It is further RECOMMENDED that the case be dismissed without
4  leave to amend as outside this court's jurisdiction.

5  These findings and recommendations are submitted to the United States District Judge
6  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
7  after being served with these findings and recommendations, any party may file written
8  objections with the court and serve a copy on all parties.  Such a document should be captioned
9  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
10 within the specified time may waive the right to appeal the District Court's order.  *Turner v.*
11 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

13 Dated: March 7, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE